# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2016

153652

MICHAEL S. SHERMAN, D.O., P.C., d/b/a
PHYSICIAN EYE CARE ASSOCIATES OF
GARDEN CITY, and MICHAEL S.
SHERMAN, D.O.,
      Plaintiffs/
      Counterdefendants-Appellees,

v

SHIRLEY T. SHERROD, M.D., P.C. and
SHIRLEY T. SHERROD, M.D.,
      Defendants/
      Counterplaintiffs/Third-
      Party Plaintiffs-Appellants,

and

GARDEN CITY HOSPITAL,
      Third-Party Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153652
COA: 320689
Wayne CC: 08-014212-CK

On order of the Court, the application for leave to appeal the December 17, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Power Play International v Reddy* (Docket No. 154347) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2016



d1206

Clerk